Kutak Rock LLP
Geana M. Van Dessel
Geana.VanDessel@KutakRock.com
510 W. Riverside Ave., Suite 800
Spokane, Washington 99201-0506
Telephone: (509) 747-4040

Attorneys for Defendant
Michael Vantiger

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 4:20-CR-6010-SAB |
| v. | Declaration of Geana M. Van Dessel Re: Defendant's Motion to Suppress |
| MICHAEL VANTIGER, | |
| Defendant. | |

KUTAK ROCK LLP
Attorneys at Law
Cutter Tower
510 West Riverside Avenue
Suite 800
Spokane, Washington 99201-0506
(509) 747-4040

Geana M. Van Dessel declares and states under penalty of perjury:

1. I am attorney for Defendant Michael Vantiger in this captioned matter and am authorized to make this declaration on his behalf. I am over the age of 18 years and competent to testify to the matters stated in this Declaration, which I make on my personal knowledge and from my review of my firm's books and records in this captioned case, including the discovery produced by the Government.

2. I am filing this Declaration without the attachments below until I can confer with the United States about whether it wants the exhibits filed under seal. After the United States responds, the exhibits will be filed with the Court.

3. Attached to this Declaration as Exhibit A is a copy of the Declaration of Officer Andrew Corral for Search Warrant, Superior Court, Benton County Washington, Case NO. PPD 20-04193, for the rental vehicle in question – the 2019 Chrysler 300 –which was produced in discovery by the United States at Bates Nos. 10000188 – 10000206. The Search Warrant is dated February 10, 2020, and appears to be electronically signed but there is no signature from an issuing court or judge.

4. Attached as Exhibit B is a copy of the Pasco Police Department Inventory List from the search of the 2019 Chrysler 300, dated February 10, 2020, identified by Case #20-04193.

5. In Defendant's Motion to Suppress, Exhibit C is used to refer to the Dashcam Video from Detective Andrew Corral's Patrol Car on February 10, 2020.

Declaration of Geana M. Van Dessel Re:
Motion to Suppress and Challenge K9 Alert - 1

KUTAK ROCK LLP
Attorneys at Law
Cutter Tower
510 West Riverside Avenue
Suite 800
Spokane, Washington 99201-0506
(509) 747-4040

It was produced in discovery by the United States as an unscannable exhibit titled 'AndrewCorralCar_202002101459_15215_379386908'. It will be available to play at the evidentiary hearing, but if the Court wants to view it sooner, I will make it available.

6. In Defendant's Motion to Suppress, Exhibit D is another unscannable exhibit, a true and accurate copy of the Body Cam Video from Detective Andrew Corral on February 10, 2020, titled 'NARCOTICS', which was produced in discovery by the United States.

7. In Defendant's Motion to Suppress, Exhibit E refers to an unscannable exhibit, which is a true and accurate copy of Body Cam Video from Sargent Warren on February 10, 2020, titled 'Narcotics-2', produced in discovery by the United States.

8. Attached as Exhibit F is a true and accurate copy of Detective Andrew Corral and K9 Ezra Training Report– 1, covering dates January 23, 2020 through October 26, 2020, produced in discovery by the United States without a Bates number.

9. Attached as Exhibit G is a true and accurate copy of Det. Andrew Corral and K9 Ezra Training Report– 2, covering dates March 5, 2019 through December 26, 2019, produced in discovery by the United States without a Bates number.

Declaration of Geana M. Van Dessel Re:
Motion to Suppress and Challenge K9 Alert - 2

KUTAK ROCK LLP
Attorneys at Law
Cutter Tower
510 West Riverside Avenue
Suite 800
Spokane, Washington  99201-0506
(509) 747-4040

1    10.    Attached as Exhibit H is a true and accurate copy of Det. Andrew Corral and K9 Ezra Training Report– 3, covering dates August 29, 2018 through March 4, 2019, produced in discovery by the United States without a Bates.

11.    Attached as Exhibit I is a true and accurate copy of Det. Andrew Corral and K9 Ezra Training Report– 4, covering dates August 20, 2018 through August 24, 2018, produced in discovery by the United States without a Bates.

12.    Attached as Exhibit J is a true and accurate copy of the Report of Detective Andrew Corral dated February 10, 2020, in Case No. 20-04193, produced in discovery by the United States at Bates Nos. 10000181-10000182.

13.    Attached as Exhibit K is a true and accurate copy of the Supplemental Report of Sargent Scott Warren dated February 12, 2020, produced in discovery by the United States at Bates Nos. 10000185-10000187.

14.    Attached as Exhibit L is a true and accurate copy of the Report of Special Agent Kurt Mitchell titled Post-Arrest Interview of Michael Vantiger, dated February 14, 2020, produced in discovery by the United States at Bates Nos. 10000249 – 10000249.07.

I swear under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed January 4, 2020, at Spokane, Washington.

By: s/ Geana M. Van Dessel
Geana M. Van Dessel, WSBA #35969
KUTAK ROCK LLP
510 W. Riverside Ave., Ste. 800

Declaration of Geana M. Van Dessel Re:
Motion to Suppress and Challenge K9 Alert - 3

KUTAK ROCK LLP
Attorneys at Law
Cutter Tower
510 West Riverside Avenue
Suite 800
Spokane, Washington  99201-0506
(509) 747-4040

1  
2  Spokane, WA 99201  
(509) 252-2691  
Geana.VanDessel@KutakRock.com

3  Attorney for Defendant Michael Vantiger

4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  

Declaration of Geana M. Van Dessel Re:  
Motion to Suppress and Challenge K9 Alert - 4

KUTAK ROCK LLP  
Attorneys at Law  
Cutter Tower  
510 West Riverside Avenue  
Suite 800  
Spokane, Washington 99201-0506  
(509) 747-4040

# CERTIFICATE OF SERVICE

I certify that on January 4, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF specifically identifies recipients of electronic notice.

s/ Geana M. Van Dessel
Geana M. Van Dessel, WSBA #35969
KUTAK ROCK LLP
510 W. Riverside Ave., Ste. 800
Spokane, WA 99201
(509) 747-4040
Geana.VanDessel@KutakRock.com

Attorney for Defendant Michael Vantiger

Declaration of Geana M. Van Dessel Re:
Motion to Suppress and Challenge K9 Alert - 5

KUTAK ROCK LLP
Attorneys at Law
Cutter Tower
510 West Riverside Avenue
Suite 800
Spokane, Washington  99201-0506
(509) 747-4040