William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:20-CR-06010-SAB-1 |
| Plaintiff, | United States' Motion for Over Length Brief |
| vs. | |
| MICHAEL LEE VANTIGER, | |
| Defendant. | |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, submits this motion for over length brief in the above captioned case.

The United States submits this motion to allow an over length brief in regards to its response to Defendant's Motion to Suppress, filed at ECF No. 76. Due to the nature of issues raised by the Defendant, the United States included a comprehensive factual recitation with additional case law and briefing.

United States' Motion for Over Length Brief - 1

The United States requests the Court grant leave to accept the filing of its over length response in this cause.

DATED January 29, 2021.

        William D. Hyslop
        United States Attorney

        *s/Stephanie Van Marter*
        Stephanie Van Marter
        Assistant United States Attorney

## CERTIFICATION

I hereby certify that on January 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Geana Van Dessel Geana.VanDessel@kutakrock.com

        *s/Stephanie Van Marter*
        Stephanie Van Marter
        Assistant United States Attorney

United States' Motion for Over Length Brief - 2