UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 16 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff - Appellee,<br><br>　v.<br><br>MICHAEL LEE VANTIGER,<br><br>　　Defendant - Appellant. | No. 23-2100<br><br>D.C. No.<br>4:20-cr-06010-SAB-1<br><br>Eastern District of Washington, Richland<br><br>MANDATE |

The judgment of this Court, entered September 24, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　　CLERK OF COURT